ACCEPTED
08-24-00347-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
10/30/2024 1:23 PM
ELIZABETH G. FLORES
CLERK

NO. 08-24-00347-CV

_____

IN THE EIGHTH COURT OF APPEALS

EL PASO, TEXAS

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
10/30/2024 1:23:45 PM
ELIZABETH G. FLORES
Clerk

_____

**SRO LAND & MINERALS, LP; MONROE PROPERTIES, INC.; MES LAND & MINERALS, LP; BARRY COATES ROBERTS AND GEORGE L. STIEREN, AS TRUSTEES OF COATES ENERGY TRUST, JENNY ROBERTS SCHIMPFF TRUST, CATHERINE G. ROBERTS TRUST, BARRY COATES ROBERTS TRUST, LISA STIEREN HARDEMAN TRUST, GEORGE L. STIEREN TRUST, WENDY STIEREN WIRTH TRUST, KELLY STIEREN DANIELL TRUST AND AMY E. STIEREN TRUST, COLLECTIVELY "COATES ENERGY"; THE ALLAR COMPANY, A TEXAS CORPORATION; AND MARY ROSE SIEVERS ALONZI AND LUCY ANNETTE SIEVERS, AS TRUSTEES OF LUCY H. SIEVERS TRUST,**
**Appellants,**

v.

**BNSF RAILWAY COMPANY,**
**Appellees**

_____

**Appeal from Cause No. 21-04-23946-CVR**
**143rd District Court of Reeves County, Texas**

_____

**APPELLANTS' RESPONSE TO COURT'S ORDER OF OCTOBER 11, 2024**

John F. Carroll
SBN 03888100
Attorney at Law
1802 Blanco Road
San Antonio, Texas 78212
Telephone: (210) 223-2627
Facsimile: (210) 223-5052
jcarrollsatx@gmail.com

*Co-Counsel for Appellants,*

1

TO THE HONORABLE JUSTICES OF THE EIGHTH COURT OF APPEALS:

NOW COME Appellants, SRO Land & Minerals, LP; Monroe Properties, Inc.; MES Land & Minerals, LP; Barry Coates Roberts and George L. Stieren, as Trustees of Coates Energy Trust, Jenny Roberts Schimpff Trust, Catherine G. Roberts Trust, Barry Coates Roberts Trust, Lisa Stieren Hardeman Trust, George L. Stieren Trust, Wendy Stieren Wirth Trust, Kelly Stieren Daniell Trust and Amy E. Stieren Trust, collectively "Coates Energy"; The Allar Company, a Texas corporation; and Mary Rose Sievers Alonzi and Lucy Annette Sievers, as Trustees of Lucy H. Sievers Trust, and file this to the Order of the Court of Appeals dated October 11, 2024 as follows:

1. On October 11, 2024, this Court entered an order directing Appellants to file a Motion in conformity with Tex. R. App. P. 26.3 requesting an extension of time to file notice of appeal and provide a reasonable explanation for the late filing of the notice of appeal on or before October 31, 2024

2. Appellants would respectfully show that the notice of appeal filed in this case was timely under Tex. R. App. P. 26.1 and was filed in conformity with Tex. R. App. P. 25.1(a).

3. The Final Judgment which is the subject of the appeal in this case was signed on August 30, 2024. Copy of Final Judgment attached as Exhibit "A". The deadline to file a notice of appeal was September 29, 2024. Tex. R. App. P. 26.1.

2

Appellants filed their Notice of Appeal on September 13, 2024. File marked copy of Notice of Appeal attached as Exhibit "B". The Notice of Appeal was filed with the Reeves County District Clerk as required under Tex. R. App. P. 25.1(a). The Notice of Appeal included all the information required under Tex. R. App. P. 25.1(d).

4.      Appellants respectfully request that the Court find that notice of appeal was timely filed in the district court on September 13, 2024, thereby invoking the jurisdiction of this Court under Tex. R. App. P. 25.1(b), and that this Court permit the appeal to proceed. Appellants will pursue this appeal with diligence.

WHEREFORE, Appellants respectfully request that the Court permit this appeal to proceed.

Respectfully Submitted,
GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
Tel: (512) 480-5623
Fax: (512) 480-5823

*/s/ John McFarland*
John McFarland
State Bar No. 13598500
jmcfarland@gdhm.com
Marianne W. Nitsch
State Bar No. 24098182
mnitsch@gdhm.com
ATTORNEYS FOR APPELLANTS SRO LAND & MINERALS, LP, MONROE

3

PROPERTIES, INC., AND MES LAND &
MINERALS, LP

*/s/ John F. Carroll*
John F. Carroll
State Bar No. 03888100
Attorney at Law
1802 Blanco Road
San Antonio, Texas 78212
Telephone: (210) 223-2627
Facsimile: (210) 223-5052
jcarrollsatx@gmail.com

ATTORNEY FOR APPELLANTS
COATES ENERGY AND THE ALLAR
COMPANY

*/s/ Sean M. Guerrero*
Sean M. Guerrero
State Bar No. 24032378
Stubbeman, McRae, Sealy,
Laughline & Browder, Inc.
550 W. Texas Avenue, Suite 800
Midland, Texas 79701
Telephone: (432) 682-1616
Facsimile: (432) 682-4884
sguerrero@stubbeman.com

ATTORNEYS FOR APPELLANTS
MARY ROSE SIEVERS ALONZI AND
LUCY ANNETTE SIEVERS, AS
TRUSTEES OF LUCY H. SIEVERS
TRUST

4

## VERIFICATION

My name is John F. Carroll. I am one of the attorneys for Appellants. I have read the foregoing Response to Court Order of October 11, 2024 and state that all of the facts set forth therein are within my personal knowledge and are true and correct. I am familiar with the district court filings in this case and Exhibits "A" and "B" are true and correct copies of the original documents.



John F. Carroll

SWORN TO AND SUBSCRIBED before me, the undersigned authority by the said John F. Carroll on the 30th day of October, 2024.

ISABELLA CUKJATI
Notary Public, State of Texas
Comm. Expires 10-03-2027
Notary ID 134586991

Notary Public in and for the State of Texas

## CERTIFICATION OF SERVICE

I certify that a copy of the foregoing was delivered to <u>all counsel</u> listed below by e-service on the 30th day of October 2024.

Samuel Stennis
sstennis@cbtd.com
COTTON, BLEDSOE, TIGHE & DAWSON, P.C.
500 W. Illinois Ave, Ste. 300

Midland, Texas 79701

Don R. White
Dorwin L. Sargent, III
dsargent@hbwvlaw.com
HAYES, BERRY, WHITE, & VANZANT, LLP
512 West Hickory, Suite 100
Denton, Texas 76201

ATTORNEYS FOR APPELLEE BNSF RAILWAY COMPANY

*/s/ John F. Carroll*
John F. Carroll

# EXHIBIT "A"



CAUSE NO. 21-04-23946-CVR

| | | |
|---|---|---|
| SRO LAND & MINERALS, LP, | § | IN THE DISTRICT COURT |
| MONROE PROPERTIES, INC. | § | |
| MES LAND & MINERALS, LP | § | |
| BARRY COATES ROBERTS AND | § | |
| GEORGE L. STIEREN, AS TRUSTEES | § | |
| OF COATES ENERGY TRUST, | § | |
| JENNY ROBERTS SCHIMPFF TRUST, | § | |
| CATHERINE G. ROBERTS TRUST, | § | |
| BARRY COATES ROBERTS TRUST, | § | |
| LISA STIEREN HARDEMAN TRUST, | § | |
| GEORGE L. STIEREN TRUST | § | |
| WENDY STIEREN WIRTH TRUST, | § | |
| KELLY STIEREN DANIELL TRUST | § | 143RD JUDICIAL DISTRICT |
| AND AMY E. STIEREN TRUST, | § | |
| THE ALLAR COMPANY, A TEXAS | § | |
| CORPORATION, | § | |
| MARY ROSE SIEVERS ALONZI AND | § | |
| LUCY ANNETTE SIEVERS, AS | § | |
| TRUSTEES OF LUCY H. SIEVERS | § | |
| TRUST, | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| BNSF RAILWAY COMPANY, | § | |
| Defendant. | § | REEVES COUNTY, TEXAS |

## FINAL JUDGMENT

On June 8, 2023, the court conducted a hearing on Plaintiffs SRO Land & Minerals, LP;

Monroe Properties, Inc.; MES Land & Minerals, LP; Barry Coates Roberts and George L. Stieren,

as Trustees of Coates Energy Trust, Jenny Roberts Schimpff Trust, Catherine G. Roberts Trust,

Barry Coates Roberts Trust, Lisa Stieren Hardeman Trust, George L. Stieren Trust, Wendy Stieren

Wirth Trust, Kelly Stieren Daniell Trust and Amy E. Stieren Trust; the Allar Company, a Texas

corporation; and Mary Rose Sievers Alonzi and Lucy Annette Sievers, as Trustees of Lucy H.

MIDLAND\017022\000001\3643351.1

Sievers Trust's ("Plaintiffs) Traditional Motion for Summary Judgment on Deed Construction and Defendant BNSF Railway Company's ("Defendant") Traditional Motion for Summary Judgment.

The Court, having considered the pleadings, the motions, responses, replies, the summary judgment evidence, the argument of counsel, and all other matters properly before the Court, the Court RULES AS FOLLOWS:

The Court GRANTS Defendant's Traditional Motion for Summary Judgment.

The Court DENIES Plaintiffs' Traditional Motion for Summary Judgment on Deed Construction.

On the basis of the Court's pronouncements and rulings, the Court RENDERS judgment in favor of Defendant, and it is THEREFORE ORDERED, ADJUDGED, AND DECREED that certain Deed dated August 30, 1901, recorded in Volume 9, Page 380 of the Deed Records of Reeves County, Texas, from Thomas R. White, Jr. to The Pecos River Rail Road Company (the "Deed"), conveyed fee simple title of the property described in the Deed to Defendant's predecessor in interest, insofar and only insofar as said deed conveyed property within the boundaries of the properties owned by Plaintiffs, thereby vesting The Pecos River Rail Road Company with fee simple title to said lands.

It is therefore ORDERED, ADJUDGED AND DECREED that Defendant is entitled to Final Judgment as set forth in this Court's Order Granting Defendant's Traditional Motion for Summary Judgment dated February 12, 2024.

It is hereby ORDERED that this Final Judgment disposes of all claims and all parties in this Cause. This order is final and appealable for all purposes. All relief not expressly granted herein is DENIED.

MIDLAND\017022\000001\3643351.1

SIGNED and ORDERED on this the 30th day of August , 2024.

_____
THE HONORABLE MIKE SWANSON


Approved as to substance and form:

/s/ Samuel J. Stennis
_____
Samuel J. Stennis
COTTON, BLEDSOE, TIGHE & DAWSON, P.C.
**ATTORNEY FOR BNSF RAILWAY COMPANY**


Approved as to form only:

/s/ John McFarland
_____
John McFarland
GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
**ATTORNEYS FOR PLAINTIFFS SRO
LAND & MINERALS, LP, MONROE
PROPERTIES, INC., AND MES LAND
& MINERALS, LP**


/s/ John F. Carroll
_____
John F. Carroll
**ATTORNEY FOR PLAINTIFFS
COATES ENERGY AND THE ALLAR COMPANY**


/s/ Sean M. Guerrero
_____
Sean M. Guerrero
STUBBEMAN, MCRAE, SEALY,
LAUGHLINE & BROWDER, INC.
**ATTORNEYS FOR PLAINTIFFS
MARY ROSE SIEVERS ALONZI
AND LUCY ANNETTE SIEVERS,
AS TRUSTEES OF LUCY H. SIEVERS TRUST**

3

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 91689436
Filing Code Description: Notice
Filing Description: FINAL JUDGMENT
Status as of 9/5/2024 2:47 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John McFarland | | jmcfarland@gdhm.com | 9/5/2024 2:38:47 PM | SENT |
| Dorwin Sargent | | dsargent@hbwvlaw.com | 9/5/2024 2:38:47 PM | SENT |
| Don White | | dwhite@hbwvlaw.com | 9/5/2024 2:38:47 PM | SENT |
| Nancy Karnes | | nkarnes@gdhm.com | 9/5/2024 2:38:47 PM | SENT |
| Lucas Holl | 24078677 | lholl@hbwvlaw.com | 9/5/2024 2:38:47 PM | SENT |
| Jordan Irons | 24101955 | jirons@cbtd.com | 9/5/2024 2:38:47 PM | SENT |
| Marianne Nitsch | | mnitsch@gdhm.com | 9/5/2024 2:38:47 PM | SENT |
| Sean Guerrero | | sguerrero@stubbeman.com | 9/5/2024 2:38:47 PM | SENT |
| Christopher Stoltz | | cstoltz@stubbeman.com | 9/5/2024 2:38:47 PM | SENT |
| Julie AThomas | | jthomas@stubbeman.com | 9/5/2024 2:38:47 PM | ERROR |
| Michelle Carrasco | | mcarrasco@stubbeman.com | 9/5/2024 2:38:47 PM | SENT |
| Rebecca Linehan | | rlinehan@stubbeman.com | 9/5/2024 2:38:47 PM | SENT |
| John F.Carroll | | jcarrollsatx@gmail.com | 9/5/2024 2:38:47 PM | SENT |
| Samuel Stennis | | sstennis@cbtd.com | 9/5/2024 2:38:47 PM | SENT |
| Shana O'Neal | | soneal@cbtd.com | 9/5/2024 2:38:47 PM | SENT |
| Rosie Ramos | | rramos@cbtd.com | 9/5/2024 2:38:47 PM | SENT |
| Jordan Irons | | jirons@cbtd.com | 9/5/2024 2:38:47 PM | SENT |
| SAMUEL  JSTENNIS | | sstennis@cbtd.com | 9/5/2024 2:38:47 PM | SENT |
| CHRISTOPHER CCYRUS | | ccyrus@gdhm.com | 9/5/2024 2:38:47 PM | SENT |

# EXHIBIT "B"

CAUSE NO. 21-04-23946-CVR

| | | |
|---|---|---|
| SRO LAND & MINERALS, LP, MONROE PROPERTIES, INC., MES LAND & MINERALS, LP, BARRY COATES ROBERTS AND GEORGE L. STIEREN, AS TRUSTEES OF COATES ENERGY TRUST, JENNY ROBERTS SCHIMPFF TRUST, CATHERINE G. ROBERTS TRUST, BARRY COATES ROBERTS TRUST, LISA STIEREN HARDEMAN TRUST, GEORGE L. STIEREN TRUST, WENDY STIEREN WIRTH TRUST, KELLY STIEREN DANIELL TRUST AND AMY E. STIEREN TRUST, THE ALLAR COMPANY, A Texas corporation, and MARY ROSE SIEVERS ALONZI AND LUCY ANNETTE SIEVERS, AS TRUSTEES OF LUCY H. SIEVERS TRUST<br>     Plaintiffs,<br><br>vs.<br><br>BNSF RAILWAY COMPANY<br>     Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT<br><br><br><br><br><br>143rd JUDICIAL DISTRICT<br><br><br><br><br><br><br><br><br><br>REEVES COUNTY, TEXAS |

## <u>NOTICE OF APPEAL</u>

Plaintiffs file this Notice of Appeal as follows:

1.      The trial court is the 143rd District Court of Reeves County. The case's trial court number is 21-04-23946-CVR. The style of the case in the trial court is:

SRO Land & Minerals, LP; Monroe Properties, Inc.; MES Land & Minerals, LP; Barry Coates Roberts and George L. Stieren, as Trustees of Coates Energy Trust, Jenny Roberts Schimpff Trust, Catherine G. Roberts Trust, Barry Coates Roberts Trust, Lisa Stieren Hardeman Trust, George L. Stieren Trust, Wendy Stieren Wirth Trust, Kelly Stieren

Daniell Trust and Amy E. Stieren Trust, collectively "Coates Energy"; The Allar Company, a Texas corporation; and Mary Rose Sievers Alonzi and Lucy Annette Sievers, as Trustees of Lucy H. Sievers Trust, Plaintiffs v. BNSF Railway Company, Defendant. Tex. R. App. P. 25.1(d)(1).

2.      The date of the Final Judgment appealed from is August 30, 2024. Tex. R. App. P. 25.1(d)(2).

3.      Plaintiffs desire to appeal. Tex. R. App. P. 25.1(d)(3).

4.      The appeal is taken to the Eighth Court of Appeals. Tex. R. App. P. 25.1(d)(4).

5.      The parties filing this notice are:  SRO Land & Minerals, LP; Monroe Properties, Inc.; MES Land & Minerals, LP; Barry Coates Roberts and George L. Stieren, as Trustees of Coates Energy Trust, Jenny Roberts Schimpff Trust, Catherine G. Roberts Trust, Barry Coates Roberts Trust, Lisa Stieren Hardeman Trust, George L. Stieren Trust, Wendy Stieren Wirth Trust, Kelly Stieren Daniell Trust and Amy E. Stieren Trust, collectively "Coates Energy"; The Allar Company, a Texas corporation; and Mary Rose Sievers Alonzi and Lucy Annette Sievers, as Trustees of Lucy H. Sievers Trust, Plaintiffs. Tex. R. App. P. 25.1(d)(5).

Respectfully submitted,

GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
Tel: (512) 480-5623
Fax: (512) 480-5823

/s/ John McFarland
John McFarland
State Bar No. 13598500
jmcfarland@gdhm.com
Marianne W. Nitsch
State Bar No.
mnitsch@gdhm.com
ATTORNEYS FOR PLAINTIFFS SRO LAND
& MINERALS, LP, MONROE PROPERTIES,
INC., AND MES LAND & MINERALS, LP


/s/ John F. Carroll
John F. Carroll
State Bar No. 03888100
Attorney at Law
1802 Blanco Road
San Antonio, Texas 78212
Telephone: (210) 223-2627
Facsimile: (210) 223-5052
jcarrollsatx@gmail.com

ATTORNEY FOR PLAINTIFFS COATES
ENERGY AND THE ALLAR COMPANY

/s/ Sean M. Guerrero
Sean M. Guerrero
State Bar No. 24032378
Stubbeman, McRae, Sealy,
Laughline & Browder, Inc.
550 W. Texas Avenue, Suite 800
Midland, Texas 79701
Telephone: (432) 682-1616
Facsimile: (432) 682-4884
sguerrero@stubbeman.com

3

ATTORNEYS FOR PLAINTIFFS
MARY ROSE SIEVERS ALONZI AND LUCY
ANNETTE SIEVERS, AS TRUSTEES OF
LUCY H. SIEVERS TRUST

## CERTIFICATION OF SERVICE

I certify that a copy of the foregoing was delivered to <u>all counsel</u> listed below by e-service on the 13th day of September 2021.

Samuel Stennis
sstennis@cbtd.com
COTTON, BLEDSOE, TIGHE & DAWSON, P.C.
500 W. Illinois Ave, Ste. 300
Midland, Texas 79701

Don R. White
Dorwin L. Sargent, III
dsargent@hbwvlaw.com
HAYES, BERRY, WHITE, & VANZANT, LLP
512 West Hickory, Suite 100
Denton, Texas 76201

ATTORNEYS FOR DEFENDANT BNSF RAILWAY COMPANY

*/s/ John F. Carroll*
John F. Carroll

4

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Carroll on behalf of John Carroll
Bar No. 3888100
jcarrollsatx@gmail.com
Envelope ID: 91988784
Filing Code Description: Notice Of Appeal
Filing Description: Notice of Appeal for All Plaintiffs
Status as of 9/13/2024 10:50 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John McFarland | | jmcfarland@gdhm.com | 9/13/2024 10:06:02 AM | SENT |
| Don White | | dwhite@hbwvlaw.com | 9/13/2024 10:06:02 AM | SENT |
| Nancy Karnes | | nkarnes@gdhm.com | 9/13/2024 10:06:02 AM | SENT |
| Lucas Holl | 24078677 | lholl@hbwvlaw.com | 9/13/2024 10:06:02 AM | SENT |
| Jordan Irons | 24101955 | jirons@cbtd.com | 9/13/2024 10:06:02 AM | SENT |
| Marianne Nitsch | | mnitsch@gdhm.com | 9/13/2024 10:06:02 AM | SENT |
| Sean Guerrero | | sguerrero@stubbeman.com | 9/13/2024 10:06:02 AM | SENT |
| Christopher Stoltz | | cstoltz@stubbeman.com | 9/13/2024 10:06:02 AM | SENT |
| John F.Carroll | | jcarrollsatx@gmail.com | 9/13/2024 10:06:02 AM | SENT |
| Julie AThomas | | jthomas@stubbeman.com | 9/13/2024 10:06:02 AM | ERROR |
| Michelle Carrasco | | mcarrasco@stubbeman.com | 9/13/2024 10:06:02 AM | SENT |
| Rebecca Linehan | | rlinehan@stubbeman.com | 9/13/2024 10:06:02 AM | SENT |
| Dorwin Sargent | | dsargent@hbwvlaw.com | 9/13/2024 10:06:02 AM | ERROR |
| Samuel Stennis | | sstennis@cbtd.com | 9/13/2024 10:06:02 AM | SENT |
| Shana O'Neal | | soneal@cbtd.com | 9/13/2024 10:06:02 AM | SENT |
| Rosie Ramos | | rramos@cbtd.com | 9/13/2024 10:06:02 AM | SENT |
| Jordan Irons | | jirons@cbtd.com | 9/13/2024 10:06:02 AM | SENT |
| SAMUEL  JSTENNIS | | sstennis@cbtd.com | 9/13/2024 10:06:02 AM | SENT |
| CHRISTOPHER CCYRUS | | ccyrus@gdhm.com | 9/13/2024 10:06:02 AM | ERROR |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Carroll on behalf of John Carroll
Bar No. 3888100
jcarrollsatx@gmail.com
Envelope ID: 93748653
Filing Code Description: Other Document
Filing Description: Response to Court's Order of October 11, 2024
Status as of 10/31/2024 3:20 PM MST

Associated Case Party: Barry Coates Roberts and George L. Stieren, as Trustees of Coates Energy Trust, Jenny Roberts Schimpff Trust, Catherine G. Roberts Trust, Barry Coates Roberts Trust, Lisa Stieren Hardeman Trust, George L. Stieren Trust, Wendy Stieren Wirth Trust, Kelly Stieren Daniell Trust and Amy E. Stieren Trust

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John FinbarCarroll | | jcarrollsatx@gmail.com | 10/30/2024 1:23:45 PM | SENT |

Associated Case Party: BNSF Railway Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Sam Stennis | | sstennis@cbtd.com | 10/30/2024 1:23:45 PM | SENT |
| Don R.White | | dwhite@hbwvlaw.com | 10/30/2024 1:23:45 PM | SENT |
| Shana O'Neal | | soneal@cbtd.com | 10/30/2024 1:23:45 PM | SENT |
| Rosie Ramos | | rramos@cbtd.com | 10/30/2024 1:23:45 PM | SENT |
| Dorwin L.Sargent | | dsargent@hbwvlaw.com | 10/30/2024 1:23:45 PM | ERROR |

Associated Case Party: Mary Rose Sievers Alonzi and Lucy Annette Sievers, as Trustees of Lucy H. Sievers Trust

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Sean M.Guerrero | | sguerrero@stubbeman.com | 10/30/2024 1:23:45 PM | SENT |

Associated Case Party: SRO Land & Minerals, LP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John McFarland | | jmcfarland@gdhm.com | 10/30/2024 1:23:45 PM | SENT |